

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gregory Ashley Moyer

            Plaintiff(s),

vs.                                       Case No. 0:23-CV-00138-JWB-LB

Shon Jackson
KAES Security Compliance Safety and Security
Manager and Koch Industries, Inc.
            Defendant(s).

## MEET-AND-CONFER STATEMENT

I, Gregory A. Moyer, hereby certify that:

I emailed Tracey Holmes Donesky March 6, 2023 requesting a meet and confer regarding Plaintiff's Motion to Stike in a good-faith effort to comply with LR 7.1. At the time of the filing of the motion, we have not met. Should the parties meet and confer at a later date, the Plaintiff will file a supplemental meet-and-confer statement to document the outcome of the meeting and advise the court of any agreements that may be reached with regards to this motion.

Signed this 7 day of March, 2023

                                       Signature of Plaintiff

                                       Gregory Moyer, Plaintiff, Pro Se
                                       16642 Hightop Way NW
                                       Cass Lake, MN 56633
                                       Gregorymoyer1@gmail.com
                                       469-543-9957

 Gmail

G <gregorymoyer1@gmail.com>

## Moyer v Koch : Meet and Confir Motion to Preserve Evidence and Motion to Strike

G <gregorymoyer1@gmail.com>  Mon, Mar 6, 2023 at 1:37 PM
To: "Leiendecker, Andrew P." <andrew.leiendecker@stinson.com>, "Donesky, Tracey Holmes" <tracey.donesky@stinson.com>

This afternoon I will be preparing a Motion to Preserve Evidence and a Motion To Strike the evidence presented in your response to the claim against your client. I will also be filing a motion for ADA assistance through the court related to my private medical information. The documents will be filed tomorrow with copies sent to your address. The exhibits and response to your answer will shed more light on the claim and motions.

Would you like to meet and discuss this? I look forward to hearing from you.

Thank you,

Gregory Moyer, Msc
(469) 543-9957
Root Cause and Latent Cause Analysis
Video and Audio Recording Installations
Workplace Incident Investigations
Program management
16642 Hightopway Nw
Cass Lake, Mn 56633