# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED BY MAIL
MAY 18 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Gregory Ashley Meyer
*Plaintiff*

Shon Jackson KAES Security Compliance Safety and Security Manager
AND Koch Industries
*Defendant*

Civil Action No. 0:23-CV-00138-SWB-LIB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Thomas M. Siebel, Chairman and Chief Executive Officer - C3 AI
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All contracts with Koch Industries to include Koch Fertilizer in Enid, OK. All documents related to contracts with Koch Industries including Koch Fertilizer in Enid, OK

| Place: To be delivered to: gregorymeyer1@gmail.com or 16642 Hightop Way NW Cass Lake, MN 56633 | Date and Time: no later than 6/8/2023 at 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/16/23

CLERK OF COURT
Katie M. Fogarty
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

SCANNED MAY 18 2023 U.S. DISTRICT COURT MPLS

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
Gregory Ashley Meyer
gregorymeyer1@gmail.com  16642 Hightop Way NW Cass Lake, MN 56633  469-543-9957

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED BY MAIL
MAY 18 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Gregory Ashley Meyer
Plaintiff
v.
Shun Jackson KAES Security Compliance Safety and Security Manager and Koch Industries
Defendant

Civil Action No. 0:23-CV-00138-SWB-LIB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Lila Logan-Jansinius, Mayor City of Lohima
(Name of person to whom this subpoena is directed)

☒ **Production:** YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached

| Place: To be delivered to Gregory Meyer gregorymeyer1@gmail.com or 16642 Hightop Way NW Cass Lake, MN 56633 | Date and Time: no later than 6/8/2023 5:00 pm |
|---|---|

☐ **Inspection of Premises:** YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/16/23

CLERK OF COURT

_Kate M. Fogarty_   OR   _____
Signature of Clerk or Deputy Clerk     Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing (name of party) _____, who issues or requests this subpoena, are:
Gregory Ashley Meyer, Pro Se
gregorymeyer1@gmail.com  16642 Hightop Way NW Cass Lake, MN 56633  469-543-9957

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Attachment to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

You are commanded to produce the following to Gregory Moyer via electronic means and/or mail:

1. All communications (including, but not limited to, email, written reports, recordings, and phone logs) between City of Lahoma Police Department officers/employees with Garfield County Sheriff's Officer regarding Gregory Moyer.
2. All communications (including, but not limited to, email, written reports, recordings, and phone logs) between City of Lahoma Police Department officers/employees with employees of Koch Industries/Koch Fertilizer regarding Gregory Moyer.
3. All communications between City of Lahoma Police Department officers and employees with Shon Jackson and any other security personnel working for Koch Industries/Koch Fertilizer regarding Gregory Moyer.
4. All Facebook communications, including Facebook Messenger, between Officer Hankins and officers from Garfield County Sheriff's Office including, but not limited to, Deputy Ream and Sheriff Rink from October 2022- April 2023.
5. All Facebook and Facebook Messenger posts/activity of Officer Hankins from October 2022-April 2023.
6. All Facebook communication, including Facebook Messenger, from Officer Hankins to/from Gregory Moyer.
7. All MAC past and current addresses for City of Lahoma Police Department personnel.
8. All recordings and written reports of City of Lahoma Police Department regarding Gregory Moyer

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

RECEIVED BY MAIL
MAY 18 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Gregory Ashley Meyer
  Plaintiff
  )
Shin Jackson KAE's Security Compliance and Security Mgr.
  v.
  )
AND Koch Industries
  Defendant
  )

Civil Action No. 0:23-CV-00138-SWB-LIB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Cory Rick, Garfield County Sheriff
(Name of person to whom this subpoena is directed)

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached

| Place: To be delivered to: gregorymeyer1@gmail.com or 16642 Hightop Way NW Cass Lake, MN 56633 | Date and Time: No later than 6/8/2023 @ 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/16/23

CLERK OF COURT
Kate M. Fogarty
Signature of Clerk or Deputy Clerk

OR

_____
Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Gregory Meyer, Pro Se _____, who issues or requests this subpoena, are:
gregorymeyer1@gmail.com 16642 Hightop Way NW Cass Lake, MN 56633 469-543-9957

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# Attachment to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

You are commanded to produce the following to Gregory Moyer via electronic means and/or mail:

1. A list of all professional, public, and private organizations in which membership dues have been paid by the County for Garfield County Sheriff's Office Employees for the last 10 years, along with the following:
   a. Amount paid to each organization;
   b. Years in which dues have been paid;
   c. Names of employees who hold memberships in each organization and length of membership; and
   d. Names of employees who have held office in any of the organizations and the title and year(s) in which the employee held an office.
2. A list of all persons, organizations, businesses, and other entities that have provided donations to the Garfield County Sheriff's Office in the last 10 years, along with the following:
   a. Amount donated and if not monetary, what services or property were donated and the value of such donation;
   b. The year of the donation; and
   c. Who specifically made the donation and contact information for the donor.
3. The following information regarding CJ-22-0742, a closed report:
   a. Records of Sheriff Rink's communications from public computers, phones or fax to and from Koch Industries and Shon Jackson along with the corresponding metadata;
   b. Records of video and photos mentioned in the report along with the corresponding metadata;
   c. All vehicle information, reports and records for the white Hyundai documented in the report as having the plate TWSTER, reported to have been on the property of Koch Fertilizer.
   d. All information gathered after the initial report was written in response to Moyer's request for follow-up and further investigation.
   e. Type of ID and copies of the ID and photos that were used to identify Gregory Moyer by Koch Industries, law enforcement or others;
   f. All documentation, statements and evidence received from Koch Industries and any Koch employees along with all metadata;
   g. All investigative notes
   h. All dates and times Garfield County attempted to make contact with Gregory Moyer as well as the means of contact and by whom;
   i. All documentation received or collected from all law enforcement agencies investigating; and
   j. Names and contact information for every person to whom the aforementioned information and case file was shared with, including but not limited to prosecutors, Koch Industries, private citizens, attorneys, law enforcement, etc.
4. Phone calls, texts and emails to/from anyone regarding Gregory Moyer and/or

Koch Industries for 2022-2023 along with the corresponding metadata;
5. Phone numbers of any Garfield County employees working on the aforementioned case and any follow-up;
6. Names and addresses of any persons speaking with Koch Industries on behalf of Garfield County or Lahoma Police, including but not limited to Deputy Ream and Deputy Peterson;
7. Names and addresses of all Koch employees Garfield County employees spoke to regarding the aforementioned case and/or Gregory Moyer, including but not limited to Shon Jackson and Todd Daley. Also include all documents, recordings, emails and any other correspondence between Garfield County and Koch Industries employees;
8. List of all surveillance conducted of Gregory Moyer by Garfield County employees or others with dates, times, how conducted (i.e. social media, email, tracking, apps, cell phone, near and remote communication, physical, etc.) and names of persons who conducted the surveillance.
9. All video and audio pertaining to Gregory Moyer and Koch Industries;
10. Copy of the ethics policy of Garfield County Sheriff's Office, 2022 version;
11. Copy of conflicts of interest policy of Garfield County Sheriff's Office, 2022 version; and
12. Employment agreement 1099 agreement, training records, payments made and dismissal of employment for Shon Jackson from 2005-2022.
13. All documents related to any warrants applied for whether approved or denied to include warrant applications, probable cause statements, actual warrants received, return receipts, denials of any search warrant applications
14. If not warrants were applied for, a written statement certifying, under oath, such.