# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory Ashley Moyer,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Shon Jackson and Koch Industries, Inc.,<br><br>　　　　Defendants. | Case No.: 0:23-cv-00138-JWB-LIB<br><br>**MEET-AND-CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO STAY DISCOVERY** |

The undersigned counsel hereby certifies that on February 24, 2023, counsel for Defendants sent a letter to Plaintiff, *pro se*, seeking agreement to stay discovery until after the Court has resolved Defendants' pending motion to dismiss. On March 3, 2023, Plaintiff responded by email stating "No We Will Not Stay Discovery." As of this filing, the parties have not resolved any part of Defendants' motion.

| | |
|---|---|
| Dated: May 22, 2023 | */s/ Todd A. Noteboom*<br>Todd A. Noteboom (#240047)<br>Tracey Holmes Donesky (#0302727)<br>Andrew P. Leiendecker (#0399107)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>todd.noteboom@stinson.com<br>tracey.donesky@stinson.com<br>andrew.leiendecker@stinson.com<br><br>***Attorneys for Defendants*** |