## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory Ashley Moyer,<br><br>        Plaintiff,<br><br>    v.<br><br>Shon Jackson and Koch Industries, Inc.,<br><br>        Defendants. | Case No.: 0:23-cv-00138-JWB-LIB<br><br>**MEET-AND-CONFER STATEMENT REGARDING DEFENDANTS' MOTION FOR MISCELLANEOUS RELIEF** |

The undersigned counsel hereby certifies that on February 6 and 16, 2023, counsel for Defendants communicated by email with Plaintiff, *pro se*, to request that Plaintiff limit his communications with Defendants' counsel, and requesting that communications be sent formally by letter. In light of the vile and threatening nature of Plaintiff's May 15, 2023 communications, Defendants' counsel have not attempted any further meet-and-confer efforts with Plaintiff.

Dated: May 22, 2023

*/s/ Todd A. Noteboom*
Todd A. Noteboom (#240047)
Tracey Holmes Donesky (#0302727)
Andrew P. Leiendecker (#0399107)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
tracey.donesky@stinson.com
andrew.leiendecker@stinson.com

***Attorneys for Defendants***