UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Gregory Ashley Moyer,                                  Case No. 23-cv-138 (JWB/LIB)

                        Plaintiff,

         v.                                                            **ORDER**

Shon Jackson, et al.,

                        Defendants.

_____

        This matter comes before the undersigned United States Magistrate Judge pursuant to a general assignment made in accordance with 28 U.S.C. § 636 and upon Defendants' Motions.

        On May 22, 2023, Defendants filed a Motion to Stay Discovery, [Docket No. 43]; a Motion for Miscellaneous Relief, [Docket No. 49]; and various documents in support of these two Motions. Oral arguments on Defendants' Motions are scheduled to be heard before the undersigned on June 14, 2023. Plaintiff has not yet responded to either of Defendants' Motions.

        Therefore, the Court establishes the following briefing schedule, and **IT IS HEREBY ORDERED THAT** as soon as practicable and in any event by no later than **Thursday, June 1, 2023**, Plaintiff shall file and serve his responses to Defendants' Motion to Stay Discovery, [Docket No. 43], and Defendants' Motion for Miscellaneous Relief. [Docket No. 49].

Dated: May 23, 2023                                    s/Leo I. Brisbois
                                                                     Hon. Leo I. Brisbois
                                                                     U.S. MAGISTRATE JUDGE