# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | | |
|---|---|---|---|
| Gregory Ashley Moyer, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Leo I. Brisbois | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 23-cv-138 (JWB/LIB) |
| | ) | Date: | June 14, 2023 |
| Shon Jackson, et al., | ) | Court Reporter: | Digital Recording |
| | ) | Courtroom: | No. 3 |
| Defendants. | ) | Time Commenced: | 1:30 p.m. |
| | ) | Time Concluded: | 2:26 p.m. |
| | ) | Time in Court: | 56 Minutes |

**APPEARANCES:**

    For Plaintiff:    Gregory Ashley Moyer, pro se

    For Defendants:    Andrew Leiendecker, Todd A. Noteboom, & Tracey Holmes Donesky

The following motions will be taken under advisement as of June 14, 2023:

    Defendants' Motion to Dismiss. [Docket No. 6].
    Plaintiff's Motion to Preserve Evidence. [Docket No. 17].
    Plaintiff's Motion to Strike. [Docket No. 23].
    Defendants' Motion to Stay Discovery. [Docket No. 43].

☒ Report and Recommendation to be issued.    ☒ Order to be issued.

Additional Notes:

For the reasons stated on the record at the Motions Hearing, Defendants' Motion for Miscellaneous Relief, [Docket No. 49], was **GRANTED in part** and **DENIED in part**, as set forth on the digital record. No written Order to follow.

    s/JRG
Law Clerk Initials
